## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 19-28742 |
| Diane Catherine O'Neill, | CHAPTER 13 |
| Debtor. | |
| _____ / | |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>REVERSE MORTGAGE SOLUTIONS, INC</u><br>Name of Transferee | <u>Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series 1 Trust</u><br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Reverse Mortgage Solutions, Inc.<br>14405 Walters Road, Suite 200<br>Houston TX  77014 | Court Claim # (if known): 5-1<br>Amount of Claim: $358,306.71<br>Date Claim Filed: 11/14/2019 |
| Phone: <u>866-503-5559</u><br>Last Four Digits of Acct #: <u>1396</u> | Phone:<br>Last Four Digits of Acct #: <u>1396</u> |

Name and Address where Transferee payments
should be sent (if different from above):
Reverse Mortgage Solutions, Inc.
14405 Walters Road, Suite 200
Houston TX  77014

Phone: <u>866-503-5559</u>
Last Four Digits of Acct #: <u>1396</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Shauna Deluca                                Date:  09/22/2021

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Ocotber 27, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Diane Catherine O'Neill
6 Cadmus Street
Nutley, NJ 07110

And via electronic mail to:

Scott D. Sherman
MINION & SHERMAN
33 Clinton Road
Suite 105
West Caldwell, NJ 07006

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102


By: /s/ Micheai McKenzie