Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                     Case No.: 19−28742−RG
                                     Chapter: 13
                                     Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diane Catherine O'Neill
   6 Cadmus Street
   Nutley, NJ 07110

Social Security No.:
   xxx−xx−3216

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/1/21 at 10:00 AM

to consider and act upon the following:

*63* − Certification in Opposition to (related document:59 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/10/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Scott D. Sherman on behalf of Diane Catherine O'Neill. (Sherman, Scott)

Dated: 11/10/21

                                                                               Jeanne Naughton
                                                                                Clerk, U.S. Bankruptcy Court