Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−28742−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diane Catherine O'Neill
   6 Cadmus Street
   Nutley, NJ 07110

Social Security No.:
   xxx−xx−3216

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/15/21 at 10:00 AM

to consider and act upon the following:

**65** − Creditor's Certification of Default (related document:28 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of VW Credit, Inc.. Objection deadline is 11/29/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

**67** − Certification in Opposition to (related document:65 Creditor's Certification of Default (related document:28 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of VW Credit, Inc.. Objection deadline is 11/29/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor VW Credit, Inc.) filed by Scott D. Sherman on behalf of Diane Catherine O'Neill. (Sherman, Scott)

Dated: 11/23/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court