Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28742−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diane Catherine O'Neill
   6 Cadmus Street
   Nutley, NJ 07110

Social Security No.:
   xxx−xx−3216

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/15/21 at 10:00 AM

to consider and act upon the following:

*65* − Creditor's Certification of Default (related document:28 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of VW Credit, Inc.. Objection deadline is 11/29/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

*67* − Certification in Opposition to (related document:65 Creditor's Certification of Default (related document:28 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of VW Credit, Inc.. Objection deadline is 11/29/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor VW Credit, Inc.) filed by Scott D. Sherman on behalf of Diane Catherine O'Neill. (Sherman, Scott)

Dated: 11/23/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Diane Catherine O'Neill  
    Debtor

Case No. 19-28742-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Nov 23, 2021     Form ID: ntchrgbk     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane Catherine O'Neill, 6 Cadmus Street, Nutley, NJ 07110-1031 |
| cr | + | VW Credit, Inc., P.O. Box 340514, Tampa, FL 33694-0514 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Reverse Mortgage Solutions Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series 1 Trust c/o Financial Freedom dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series 1 Trust c/o Celink dnj@pbslaw.org |

Scott D. Sherman
    on behalf of Debtor Diane Catherine O'Neill ssherman@minionsherman.com

Shauna M Deluca
    on behalf of Creditor Reverse Mortgage Solutions  Inc. sdeluca@raslg.com

Stuart H. West
    on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series 1 Trust c/o Financial Freedom swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9